# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ALFONSO SALCEDO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THE STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. CV 13-0647 DSF (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 15, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE